# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| DARREN HOLLIS, | ) | |
| | ) | No.   3:19-cv-50135 |
| Plaintiff, | ) | |
| v. | ) | The Honorable Philip G. Reinhard |
| | ) | |
| | ) | Magistrate Judge Lisa A. Jensen |
| CEVA LOGISTICS US, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT CEVA LOGISTICS U.S., INC.'S TRIAL BRIEF

Defendant, CEVA LOGISTICS U.S., INC., ("CEVA" or "Defendant") files this Trial Brief.

## Summary

This is an employment discrimination case.  CEVA terminated Plaintiff Darren Hollis ("Hollis") because in an argument with a co-worker he put his hands on the employee and threatened to "kick his ass."  Hollis contends the real reason for his termination was his race (African-American) and in retaliation for his report to CEVA Human Resources that two African-American co-workers had complaints of alleged discrimination in violation of 42 U.S.C. § 1981 ("§ 1981").

## The Material Facts

1.  CEVA Logistics is a logistics company serving customers' supply chain management requirements around the world.  CEVA designs, implements, and operates customized distribution services on a national, regional, or global scale.

2.  CEVA's DeKalb, Illinois facility supports its customer 3M's American export materials.